Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN E. WILLIAMS,<br><br>Defendant. | NO. 2:22-cr-00097-JLR-2<br><br>**ORDER TO SEAL** |

Having read the Defendant's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the *Addendum to the Defense Sentencing Memorandum and Attachment/Exhibit* thereto shall remain sealed.

DATED this 29th day of June 2023.

_____
Honorable James L. Robart
United States District Judge

Presented by:

*s/ Zachary W. Jarvis*
Zachary W. Jarvis
Attorney for Defendant Williams

*Order to Seal*
*United States v. Williams,* 2:22-cr-00097-JLR-2

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474